## S. M. FIELDS, Respondent, v. QUEEN INSURANCE COMPANY, Appellant.

**St. Louis Court of Appeals, June 8, 1909.**

**INSURANCE:** Fields v. Insurance Co., ante, followed. For the reasons given in Fields v. Insurance Co., *ante*, p. 158, the judgment is affirmed.

Appeal from Ste. Genevieve Circuit Court.—*Hon. Chas. A. Killian,* Judge.

AFFIRMED.

*T. B. Whitledge* and *Barclay, Fauntleroy & Cullen* for appellant.

*Conran* and *Gallivan* for respondent.

GOODE, J.—This case has been submitted on the same briefs and facts of Fields, etc., v. German American Ins. Co., 140 Mo. App. 158, 120 S. W. Rep. 697, and for the reasons given in said opinion the judgment in this one will be affirmed. All concur.